**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**THOMAS ZANGARI,
and OLUPTA SERVICES
AND SOLUTIONS, LLC,**

    Plaintiffs,

vs.                                                                Case No. 4:25cv136-RH-MAF

**JOHN DOE (UNKNOWN),**

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This case was initiated based upon the submission of a letter, ECF No. 1, and a motion, ECF No. 2.  To the extent the letter was legible, it was not clear what relief, if any, Plaintiff was requesting from the Court.  ECF No. 1 at 2.  In addition, Plaintiff submitted a typed statement, ECF No. 1 at 1, with the letter.  The statement was legible, but it was nonsensical.  The motion, ECF No. 2, was frivolous and provided no clarity as to Plaintiff's intention in opening a case in this Court.

Because it was unclear what Plaintiff was requesting from this Court and why he sought to initiate a lawsuit, an Order was entered requiring

Plaintiff to do two things. First, Plaintiff was ordered to file a "complaint" in compliance with Federal Rule of Civil Procedure 3. Second, Plaintiff was required to either pay the $405.00 filing fee or file an in forma pauperis motion. ECF No. 4. Plaintiff's deadline to comply with that Order was "no later than **May 5, 2025**." *Id.*

However, another problem with this case is that the docket does not include an address for Plaintiff. Because neither case initiating document included a mailing envelope, it is presumed that Plaintiff hand delivered his documents to the Court. Plaintiff apparently has not returned to receive a court order. This case cannot continue because Plaintiff was not able to receive the Court Order and, of course, he could not comply with an order never received. At any rate, this action is frivolous and should be summarily dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute, and because it is frivolous.

**IN CHAMBERS** at Tallahassee, Florida, on May 12, 2025.

    S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.